## UNITED STATES DISTRICT COURT
for the

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **STEVE BAUS, on behalf of himself and all others similarly situated** ) <br> ) <br> *Plaintiff*  ) <br> ) <br> v.  ) <br> ) <br> ) <br> **NATCAP, INC. D/B/A VANGUARD VEHICLE ARMOR** ) <br> ) <br> *Defendant* | Civil Action No. 2:24-cv-227 |

### AFFIDAVIT OF SERVICE

I, Darlene Newman, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to NATCAP, INC. d/b/a VANGUARD VEHICLE ARMOR in Placer County, CA on February 23, 2024 at 4:26 pm at 3240 Professional Drive, Auburn, CA 95602 by leaving the following documents with Kristi Crowley who as Receptionist is authorized by appointment or by law to receive service of process for NATCAP, INC. d/b/a VANGUARD VEHICLE ARMOR.

Summons
Complaint
Complaint

Additional Description:
Kristi Crowley works reception at front counter.  Took the documents.

White Female, est. age 45-54, glasses: N, Brown hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.9429640139,-121.1007756179
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Nevada County_____,

___CA_____ on ___2/26/2024_____.

/s/ *Darlene Newman*

Signature
Darlene Newman
+1 (916) 947-0779





Exhibit 1b)