The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE BAUS, on behalf of himself and
all others similarly situate,

                Plaintiff,

    v.

NATCAP, INC., d/b/a VANGUARD
VEHICLE ARMOR,

                Defendant.

No. 2:24-cv-00227-LK

**JOINT STIPULATION OF
DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Steve Baus, in his individual capacity and solely on his own behalf, and Defendant NatCap Inc., that Plaintiff's individual claims are hereby dismissed with prejudice, and the claims of the putative class are dismissed without prejudice. Each party shall bear their own fees and costs.

DATED:  March 26, 2025.

By: */s/ Kevin Rosenfield*
Kevin Rosenfield, WSBA No. 34972
ARETE LAW GROUP PLLC
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250

Respectfully submitted,

s/Samuel J. Strauss
Samuel J. Strauss, WSBA #46971
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, WI 53703-3515
Tel 608-237-1775

Fax:     (206) 428-3251
krosenfield@aretelaw.com

*Attorneys for Defendant NATCAP, Inc.
d/b/a Vanguard*

sam@turkestrauss.com

<u>s/Max S. Morgan</u>
Max S. Morgan
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

*Attorneys for Plaintiff and the Proposed
Classes*

JOINT STIPULATION OF DISMISSAL
No. 2:24-cv-00227-LK – Page 2